chester county, in so far as appealed from, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. [143 Misc. 559.]

In the Matter of the Application of GEORGE D'AMATO (Known and Described in the Records of the Department of Public Safety of the City of Yonkers as " FULGANZIS D'AMATO "), Respondent, for a Peremptory Order of Mandamus against DENIS M. MORRISSEY, as Commissioner of Public Safety of the City of Yonkers, N. Y., Appellant.— Peremptory mandamus order reversed on the law and the facts, with costs, and motion denied, with ten dollars costs. No grade of hostler as a member of the police department of Yonkers was ever established by the municipal civil service commission, nor was any such position in the classified service, nor in the competitive class of the classified service; the respondent never took an examination under the Civil Service Law; his name was never upon a civil service list as eligible for appointment as a member of the police department of the city of Yonkers, and was never certified to the commissioner of public safety for appointment; hence, he is not entitled to the protection of sections 134, 136 and 137 of the Second Class Cities Law. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of PETER DE SALVO, Respondent, for a Peremptory Order of Mandamus against EDWARD J. MURRAY, as Commissioner of Public Works of the City of Yonkers, New York, Appellant.— Order granting peremptory mandamus order reversed on the law and the facts, without costs, and motion denied, on authority of Matter of Chiaverini v. Murray (ante, p. 856), decided herewith. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Application of ESSANARR GARAGE CORPORATION, Respondent, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others, Appellants.— Order sustaining certiorari order and annulling the determination of the board of standards and appeals unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of ALBERT J. HAYDEN, Respondent, for a Peremptory Order of Mandamus against DENIS M. MORRISSEY, as Commissioner of Public Safety of the City of Yonkers, N. Y., Appellant.— Peremptory mandamus order reversed on the law and the facts, with costs, and motion denied, with ten dollars costs, on authority of Matter of D'Amato v. Morrissey (ante, p. 857), decided herewith. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of JOSEPH HICKMAN, Respondent, for a Peremptory Order of Mandamus against DENIS M. MORRISSEY, as Commissioner of Public Safety of the City of Yonkers, N. Y., Appellant.— Peremptory mandamus order reversed on the law and the facts, with costs, and motion denied, with ten dollars costs, on authority of Matter of D'Amato v. Morrissey (ante, p. 857), decided herewith. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of IDA MORRIS and MOSES MORRIS, Respondents, to Remove to the Supreme Court of the State of New York, in and for the County of Queens, Two Actions Now Pending in the City Court of the City of New York, County of Queens, and Entitled Respectively: IDA MORRIS, Plaintiff,